**Electronically Filed
Supreme Court
SCWC-16-0000474
15-AUG-2018
08:58 AM**

SCWC-16-0000474

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS GRINDLING, Respondent/Petitioner-Appellee,

vs.

STATE OF HAWAIʻI, Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000474; S.P.P. NO. 12-1-0007(3); CR. NO. 07-1-0533(2))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellant's application for writ of certiorari, filed July 2, 2018, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 15, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

